```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

LARRY NELSON,                    )
                                 )
              Plaintiff,         )         8:05CV225
                                 )
    v.                           )
                                 )
BNSF RAILWAY COMPANY             )         ORDER
                                 )
              Defendant.         )
_____ )
```

This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court