IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LARRY NELSON,                  )
                               )
          Plaintiff,           )          8:05CV225
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY           )          ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to enlarge meet and confer deadline (Filing No. 14). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until September 12, 2005, to meet and confer and submit their Report of Parties' Planning Conference.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court